ACCEPTED
03-15-00144-CR
4935934
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 2:20:21 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00144-CR

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

**Christopher Arthur Kurtz**, Appellant

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 2:20:21 PM
JEFFREY D. KYLE
Clerk

v.

**The State of Texas**, Appellee

On Appeal from the 207th District Court of Comal County in Cause No. CR2014-343, the Hon. Jack H. Robison, Presiding

# Motion for Extension of Time To File Appellant's Brief on Appeal

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Christopher Arthur Kurtz, Appellant in the above styled and numbered cause, by and through John G. Jasuta, his undersigned attorney of record, and respectfully enters this "Motion for Extension of Time to File Appellant's Brief on Appeal," and in support of such Motion would show the Court:

I

Appellant was convicted of the offenses of Aggravated Kidnapping, Evading Arrest or Detention with a Vehicle and Tampering with Physical Evidence. Punishment was assessed at terms of Seventy (70) years, Seventy-five (75) years, and Thirty (30)

years confinement. The trial court imposed sentence on November 20, 2014. Notice of Appeal was timely filed with the clerk of the trial court on February 17, 2015, a motion for new trial having been filed.

II

The deadline for filing Appellant's Brief with the Court is the 23rd day of April, 2015. This request for an extension is based upon the inability of his undersigned attorney to finish research on the issues raised by the trial of the case.

III

Said attorney would further show that he will require an additional forty-five (45) days in which to complete the research and prepare Appellant's Brief on Appeal. This is Appellant's first request for an extension of time in which to file his brief.

**Prayer**

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his "Motion for Extension of Time to File Brief on Appeal," and Order that the deadline for filing such be extended an additional forty-five (45) days, until June 8, 2015, or until such time as set by this Court.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Christopher Arthur Kurtz

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 355 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on April 17, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time To File Appellant's Brief on Appeal" was transmitted via the eService function on the State's eFiling portal, to Joshua Presley (preslj@co.comal.tx.us), counsel of record for the State of Texas.

**John G. Jasuta**